UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Chapter 11 |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 01-4605 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE STREET BANK AND TRUST COMPANY, as Trustee for Junior Subordinated Secured PIK Notes, et. al. | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### JOINDER OF SCOTT CABLE COMMUNICATIONS, INC. TO THE JOINT OBJECTION OF MEDIA/COMMUNICATIONS PARTNERS, L.P., CHESTNUT STREET PARTNERS, INC., MILK STREET PARTNERS, INC., TA INVESTORS, AND ALLSTATE INSURANCE COMPANY TO UNITED STATES' MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDER DENYING SECOND MOTION TO RE-TRANSFER VENUE

Scott Cable Communications, Inc. ("Scott" or the "Debtor"), as a Defendant in the above-referenced adversary proceeding, by and through its counsel Akin Gump Strauss Hauer & Feld LLP, and Klett Rooney Lieber & Schorling, hereby joins (the "Joinder") the Joint Objection (the "Objection") Of Media/Communications Partners, L.P., et al..To United States' Motion For Leave To Appeal Interlocutory Order Denying Second Motion To Re-transfer Venue (the "Motion"). In support of its Joinder, the Debtor respectfully represents as follows:

### BACKGROUND

The United States commenced this adversary proceeding in November of 1998 in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division. In June of 2001, the case was transferred to this Court. On March 4, 2002, this Court entered an order allowing the Debtor to intervene, finding that that Debtor has a right and duty to intervene in the

Adversary Proceeding under section 1109(b) of the Bankruptcy Code as well as a right to intervene pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

### JOINDER

The Debtor concurs with the factual and legal arguments set forth in the Objection as to why the United States should not be permitted, on the eve of trial in this District, another bite at the transfer apple.  Accordingly, the Debtor files this Joinder in support of the Objection.

### CONCLUSION

For all the reasons set forth in the Objection, the Debtor requests that this Court deny the United States' Motion.

Dated: Wilmington, Delaware
　　　　May 3, 2006

KLETT ROONEY LIEBER & SCHORLING

By: /s/ Mary Caloway
Teresa K.D. Currier (No. 3080)
Mary F. Caloway (No. 3059)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200


AKIN GUMP STRAUSS HAUER & FELD LLP
　Daniel H. Golden
　Abid Qureshi
　590 Madison Avenue
　New York, New York  10022
　(212) 872-1000

Co-Counsel to the Debtor