## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Adv. Proc. No. 01-4605 |
| | : |
| | :    Re: D.I. 414, 415, 416 |
| STATE STREET BANK AND TRUST CO., | : |
| as Trustee for Junior Subordinated Secured PIK | : |
| Notes, *et al.* | : |
| | : |
| Defendants. | : |

_____

**JOINDER OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, TO JOINT OBJECTION OF MEDIA/COMMUNICATIONS PARTNERS, L.P., CHESTNUT STREET PARTNERS, INC., MILK STREET PARTNERS, INC., TA INVESTORS, AND ALLSTATE INSURANCE COMPANY (THE "NOTEHOLDER DEFENDANTS") TO UNITED STATES' MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDER DENYING SECOND MOTION TO RE-TRANSFER VENUE**

U.S. Bank National Association, successor to State Street Bank and Trust Company, as Indenture Trustee, (the "Trustee" or "U.S. Bank") for the holders of 16% Junior Subordinated Secured PIK Notes (the "Noteholders"), as a Defendant in the above referenced adversary proceeding, hereby joins in the Joint Objection of the Noteholder Defendants to the United States' Motion for Leave to Appeal Interlocutory Order Denying Second Motion to Re-transfer Venue filed on May 3, 2006 (the "Noteholders' Objection").

U.S. Bank agrees with the legal arguments and assertions set forth in the Noteholders' Objection, and instead of duplicating such arguments and assertions herein, hereby joins in

the objection and the relief requested therein.  U.S. Bank reserves all rights to be heard before

the Court with regard to the issues raised in the Noteholders' Objection.

WHEREFORE, for the reasons set forth in the Noteholders' Objection, U.S. Bank

respectfully requests that the Court deny the United States' motion.

Dated:  May 3, 2006

**DEFENDANT,**
**U.S. BANK, AS INDENTURE TRUSTEE**

By ____/s/ Francis A. Monaco, Jr.
     Francis A. Monaco, Jr. (#2078)
     Monzack and Monaco, P.A.
     1201 N. Orange Street
     Suite 400
     P.O. Box 2031
     Wilmington, DE  19899-2031
     Bus:  (302) 656-8162
     Bus Fax:  (302) 656-2769

     and

     Kathleen M. LaManna (ct16740)
     Marie C. Pollio (ct26644)
     For Shipman & Goodwin LLP
     One Constitution Plaza
     Hartford, CT  06103-1919
     Its Attorneys
     Bus:  (860) 251-5603
     Bus. Fax:  (860) 251-5218

434550 v.01