UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>STATE STREET BANK AND TRUST CO., as )<br>  Indenture Trustee for Junior Subordinated )<br>  Secured PIK Notes, )<br>SCOTT CABLE COMMUNICATIONS, INC., )<br>  as Debtor in Possession (Chapter 11), )<br>ALLSTATE INSURANCE CO., )<br>MEDIA/COMMUNICATIONS PARTNERS, L.P., )<br>CHESTNUT STREET PARTNERS, INC., )<br>MILK STREET PARTNERS, INC. and )<br>TA INVESTORS, )<br>)<br>        Defendants. ) | **Bankr. Court Adv. Proc. No. 01-4605**<br><br>**Related Dist. Court Case: 03-cv-33-KAJ** |

**NOTICE OF APPEAL**
**(From 4/10/06 "Order Denying United States' Motion**
**to Re-Transfer Venue Back to Connecticut)**

The United States of America hereby appeals to the District Court from the ORDER DENYING UNITED STATES' MOTION TO RE-TRANSFER VENUE BACK TO CONNECTICUT, signed April 7, 2006, and filed and entered on the docket on April 10, 2996 (docket entry 410). This appeal is related to District Court Civil No. 03-cv-33-KAJ for reasons indicated in the accompanying Rule 8003 motion.

The parties to this appeal, and their respective counsel are:

**Appellant (Plaintiff)**

| | |
|---|---|
| UNITED STATES OF AMERICA | PETER SKLAREW<br>Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, D.C. 20044<br>(202) 307-6571;  Fax: (202) 514-5238<br>peter.a.sklarew@usdoj.gov<br>**(Lead Attorney)**[1/] |
| | ELLEN W. SLIGHTS<br>Assistant United States Attorney<br>Chase Manhattan Bank Centre<br>1201 Market Street, Suite 1100<br>P. O. Box 2046<br>Wilmington, Delaware 19899-2046<br>(302) 573-6277<br>ellen.w.slights@usdoj.gov<br>**(Local Counsel)** |

**Appellees (Defendants)**

| | |
|---|---|
| STATE STREET BANK AND TRUST CO.,<br>  as Indenture Trustee for Junior Subordinated<br>  Secured PIK Notes, | Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>(860) 251-5603<br>   KATHLEEN M. LAMANNA<br>   klamanna@goodwin.com<br>   MARIE POLLIO<br>   mpollio@goodwin.com<br>   **(Lead Attorneys)** |
| | Monzack and Monaco, P.a.<br>1201 Orange St., Suite 400<br>Wilmington, DE 19801<br>(302) 656-8162<br>   FRANCIS A. MONACO, JR.<br>   fmonaco@monlaw.com<br>   KEVIN J. MANGAN<br>   kmangan@monlaw.com<br>   **(Local Counsel)** |

(Continued)

---

[1/] A motion to be admitted *pro hac vice* in the District Court will be filed.  Mr. Sklarew is already admitted *pro hac vice* in District Court Civil No. 03-cv-33-KAJ.

| | |
|---|---|
| SCOTT CABLE COMMUNICATIONS, INC., <br>   as Debtor in Possession (Chapter 11), | Akin Gump Strauss Hauer & Feld, LLP <br> 590 Madison Avenue <br> New York, NY 10022 <br> (212) 872-8000 <br>    DANIEL H. GOLDEN <br>    dgolden@akingump.com <br>    ABID QURESHI <br>    aqureshi@akingump.com <br>    **(Lead Attorneys)** <br> <br> Klett Rooney Lieber & Schorling\ <br> 1000 West St., Suite 1410 <br> Wilmington, DE 19801 <br> (302) 552-4200 <br>    TERESA K.D. CURRIER <br>    currier@klettrooney.com <br>    **(Local Counsel)** |
| ALLSTATE INSURANCE CO., | Sidley Austin, LLP <br> 1501 K Street, N.W. <br> Washington, D.C.  20005 <br> (202) 736-8000 <br>    GUY S. NEAL <br>    gneal@sidley.com <br>    **(Lead Attorney)** <br> <br> Ashby & Geddes <br> 222 Delaware Ave., 17th Floor <br> Wilmington, DE  19899 <br> (302) 654-1888 <br>    WILLIAM P. BOWDEN <br>    wbowden@ashby-geddes.com <br>    JOSEPH C. HANDLON <br>    jhandlon@ashby-geddes.com <br>    **(Local Counsel)** |

(Continued)

| | |
|---|---|
| MEDIA/COMMUNICATIONS PARTNERS, L.P., CHESTNUT STREET PARTNERS, INC., MILK STREET PARTNERS, INC. and TA INVESTORS, | Foley Hoag, LLP<br>Seaport World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA  02210-2600<br>(617) 832-1000<br>    ANDREW Z. SCHWARTZ<br>    azs@foleyhoag.com<br>    EURIPIDES DALMANIERAS<br>    edalmani@foleyhoag.com<br>    **(Lead Attorneys)**<br><br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 1705<br>Wilmington, DE 19801<br>(302) 427-0400<br>    THOMAS MACAULEY<br>    vguldi@zuckerman.com<br>    **(Local Counsel)** |

A separate motion for leave to take an interlocutory appeal, pursuant to Fed.R.Bankr.P. 8003 (with a supporting brief), is being filed currently herewith.

                                                                  /s/ *Peter Sklarew*
                                                                  PETER SKLAREW
                                                                  Tax Division, Dept. of Justice
                                                                  Post Office Box 55
                                                                  Washington, D.C.  20044
                                                                  (202) 307-6571 / Fax (202) 514-5238
                                                                  peter.a.sklarew@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE STREET BANK AND TRUST CO., ) <br> as Trustee for Junior Subordinated Secured ) <br> PIK Notes, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Adv. No. 01-4605 (KJC) |

ORDER DENYING UNITED STATES'
MOTION TO RE-TRANSFER VENUE BACK TO CONNECTICUT

Upon consideration of the motion, docketed on February 10, 2006 (the "Motion") [D.I. 331], of the Plaintiff for re-transfer of venue of this adversary proceeding back to the United States Bankruptcy Court for the District of Connecticut; and after consideration of the Motion, the supporting briefs and the Defendants' objections thereto; and after oral argument thereon; it is hereby:

ORDERED that the Motion is denied for the reasons stated on the record at the hearing held on March 29, 2006.

Dated: _____, 2006
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge