IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Appellant, ) ) v. ) ) AKIN GUMP STRAUSS HAUER & FELD LLP, ) ) Appellee. ) | Civil Action No. 03-33-KAJ |
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) STATE STREET BANK AND TRUST CO., ) et al. ) ) Defendants. ) | Bank. Ct. Adv. Pro. #01-4605<br><br>Misc. Case No. 06-91-KAJ |

### ORDER

At Wilmington this **16th** day of **May, 2006**,

IT IS ORDERED that a teleconference relating to the United States' motion to consolidate appellate proceedings and motion for leave to appeal the Bankruptcy Court's April 10, 2006 Order has been scheduled for **May 17, 2006 at 10:30 a.m.** with the undersigned.  **Counsel for the United States shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE