IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 03-33-KAJ |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | ) | |
| Appellee. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Bank. Ct. Adv. Pro. #01-4605 |
| v. | ) | Misc. Case No. 06-91-KAJ |
| STATE STREET BANK AND TRUST CO., et al. | ) | |
| Defendants. | ) | |

### ORDER

Oral argument on the Government's Motion for Leave to Appeal (D.I. 1; Misc. Case. No. 06-91-KAJ) in the above-captioned action will be heard on **May 24, 2006** beginning at 10:30 a.m. and concluding at 11:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware. The parties shall also be prepared to argue the Government's combined motions to consolidate proceedings, to expedite, and to transfer (D.I. 34; Civil Action No. 03-33-KAJ).

_[signature]_
UNITED STATES DISTRICT JUDGE

May 22, 2006
Wilmington, Delaware