UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STATE STREET BANK AND TRUST ) <br> CO., as Indenture Trustee for Junior ) <br> Subordinated Secured PIK Notes, et. al., ) <br> ) <br> Defendants. ) | Misc. Case No. 06-91-KAJ <br><br> (Bankr. Ct. Adv. Pro. No. 01-4605) |

### MOTION AND ORDER FOR ADMISSION OF PETER SKLAREW
### *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission, *pro hac vice*, of Peter Sklarew, to represent the United States in this matter in which the United States has sought leave for interlocutory appeal from an order of the Bankruptcy Court in its Adversary Proceeding No. 01-4605. Mr. Sklarew was admitted *pro hac vice* in 2003 in another matter arising from the same bankruptcy proceeding that is before this Court as Civil No. 03-33-KAJ, and he appeared before this Court at several hearings and also prepared all of the government's filings in that matter.

RICHARD G. ANDREWS
Acting United States Attorney

By: ELLEN SLIGHTS
Assistant United States Attorney
Delaware Bar No. 2782
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801
(302) 573-6277 ext. 158
Ellen.Slights@usdoj.gov

Dated: May 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STATE STREET BANK AND TRUST )<br>CO., as Indenture Trustee for Junior )<br>Subordinated Secured PIK Notes, et. al., )<br>)<br>Defendants. ) | **Misc. Case No. 06-91-KAJ**<br><br>(Bankr. Ct. Adv. Pro. No. 01-4605) |

**CERTIFICATION BY COUNSEL
TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify as follows: that I am eligible for admission to this Court *pro hac vice*; that I am admitted, practicing and in good standing, as a member of the Bar of the District of Columbia (as well as to the Bars of the Supreme Court, the First, Fifth, and Ninth Circuits, and numerous federal district courts); and that, pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

May 24th, 2006.

/s/ Peter Sklarew

PETER SKLAREW (D.C. Bar # 388725)
Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
(202) 307-6571; Fax: (202) 514-5238
peter.a.sklarew@usdoj.gov

    **IT IS HEREBY ORDERED** counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

                                                          _____
                                                          HON. KENT A. JORDAN
                                                         United States District Judge

Dated: May \_\_, 2006

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing **Motion and Order for Admission of Peter Sklarew** *Pro Hac Vice* will be hand-delivered to counsel for the parties at the hearing scheduled for this  24th  day of May, 2006, in addition to any service made by this Courts ECF system.

/s/ *Ellen W. Slights*
ELLEN W. SLIGHTS
Assistant United States Attorney