IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 03-33-KAJ |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP, ) | |
| ) | |
| Appellee. ) | |
| _____) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Bank. Ct. Adv. Pro. #01-4605 |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. Case No. 06-91-KAJ |
| ) | |
| STATE STREET BANK AND TRUST CO., ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth by the Court following the hearing today,

IT IS HEREBY ORDERED that the Government's Motion for Leave to Appeal (D.I. 1; Misc. Case. No. 06-91-KAJ) is DENIED;

IT IS FURTHER ORDERED that the Government's combined motions to consolidate proceedings, to expedite, and to transfer (D.I. 34; Civil Action No. 03-33-KAJ) are DENIED AS MOOT.

/s/ [signature]
UNITED STATES DISTRICT JUDGE

May 24, 2006
Wilmington, Delaware