IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
United States of America            )
                                    )
            Appellant,              )
                                    )
v.                                  )   Civil Action No. 03-33-KAJ
                                    )
Akin Gump Strauss Hauer & Feld, LLP,)
                                    )
            Appellee.               )
-----------------------------------)
United States of America,           )
                                    )
            Plaintiff,              )   Bank. Ct. Adv. Pr. 01-4605
                                    )
                                    )   Misc. Case No. 06-91-KAJ
v.                                  )
                                    )
State Street Bank and Trust Co., et al.,  )
                                    )
            Defendants.             )
---------------------------------x

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kathleen M. LaManna, Esq. to represent U.S. Bank National Association, a successor to State Street Bank and Trust Company in this matter. The Admittee is admitted, practicing, and in good standing in the State of Connecticut, the U.S. District Court of Connecticut and the U.S. District Court in and for the Southern and Eastern Districts of New York.

Francis A. Monaco, Jr., (#2078)
Monzack and Monaco, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162
Attorney for U.S. Bank National Association
a successor to State Street Bank and Trust
Company

Date: 5/24/06

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____        _____
                                    United States District Judge

Document#: 54725

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number of 143579.

Date: 5/24/06

Signed: /s/ Kathleen M. LaManna
Kathleen M. LaManna, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5000

Document#: 54725