UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE STREET BANK AND TRUST CO., )<br>et al. )<br>)<br>Defendants. )<br>) | Bank. Ct. Adv. Pro. No. 01-4605-KJC<br><br><br><br><br>Misc. Case No. 06-91-KAJ |

## MOTION AND ORDER GRANTING
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Andrew Z. Schwartz to represent Media/Communications Partners L.P., Chestnut Street Partners, Inc., Milk Street Partners, Inc. and TA Investors in this matter.

Mr. Schwartz is admitted to practice and in good standing in the Bars of the States of Massachusetts and New York, the United States District Courts for the District of Massachusetts and the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the First, Fourth, Ninth and Eleventh Circuits.

Dated: Wilmington, Delaware
       June 13, 2006

Thomas G. Macauley (ID No. 3411)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899-1028
Telephone: (302) 427-0400

The undersigned certifies that pursuant to Local Rule 83.5, he is eligible for admission to this Court, is admitted, practicing and in good standing in the jurisdictions set forth above, and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. He also certifies that he is generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. He further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Andrew Z. Schwartz
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

IT IS HEREBY ORDERED that counsel's application for admission *pro hac vice* is granted.

Date: _____, 2006            _____
                                     The Honorable Kent A. Jordan
                                     United States District Judge